DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONNIE WINFREY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2730

[December 18, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 562011CF001470E.

Donnie Winfrey, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***